# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN EDWARD GOINGS, | ) |
| Plaintiff, | ) |
| vs. | ) CV 04-J-2834-NE |
| JUDGE STRAUB, JUDGE BILLY JUDGE BILLY COOK, LIEUTENANT C. MATTHEWS, and SERGEANT MIKE HARVEY, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 9, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

**DATED** this 6th day of January, 2005.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE